UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED
JUN 13 2006
EUGENE R. WEDOFF
BANKRUPTCY JUDGE**

In re:  )
)
)        Case No. 04 B 23334
DEBBIE ALVAREZ,  )
)
)
)        Chapter 7
Debtor.  )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MAXWELL & POTTS, LLC, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $16,104.50 | TOTAL COSTS REQUESTED: | $133.43 |
| TOTAL FEES REDUCED: | $    400.00 | TOTAL COSTS REDUCED: | $    8.50 |
| TOTAL FEES ALLOWED: | $15,704.50 | TOTAL COSTS ALLOWED: | $124.93 |

**TOTAL FEES AND COSTS ALLOWED: $15,829.43**

THE COURT HAS IDENTIFIED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)    Unreasonable Time**
    The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the

**(2)    Reimbursement Limited to Actual, Necessary Expenses**
    The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C.§§330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: June 13, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Court

| 4/6/2006 | Maxwell & Potts, LLC | | |
|---|---|---|---|
| 4:44 PM | Time Detail | Page | 1 |

Nickname     Alvarez, D. | 04-101-037
Full Name    Debbie Alvarez
In Ref To
Last bill
Last charge  5/20/2006
Last payment                          Amount    $0.00

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: ASSIST CREDITORS/CLAIMS OBJECTIONS** | | | | | |
| 1/4/2006<br>98765 | JHS<br>review<br>claims for payment<br>Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 150.00 | 0.30 | 45.00 | Billable |
| 1/5/2006<br>98776 | JHS<br>review<br>filed claims and back-up information<br>Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 150.00 | 0.40 | 60.00 | Billable |
| 1/5/2006<br>98777 | JHS<br>conference w/<br>LAK regarding filed claims and back-up information and t/c to W. Covert regarding possible reaffirmed debts<br>Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 150.00 | 0.30 | 45.00 | Billable |
| Total: ASSIST CREDITORS/CLAIMS OBJECTIONS | | | 1.00 | | $150.00 |
| **Nickname 1: EMPLOYMENT & PAYMENT OF PROFESSIONALS** | | | | | |
| 10/11/2004<br>82934 | AJM-04<br>revise<br>application to employ attorneys, declaration, draft order, notice<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 350.00 | 0.50 | 175.00 | Billable |
| 10/11/2004<br>82929 | LAK<br>prepare<br>application to employ attorneys, notice, draft order; then revise same<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 1.90 | 190.00 | Billable |
| 10/19/2004<br>82940 | SSP-04<br>appear in court<br>application to employ attorneys<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 300.00 | 0.50 | 150.00 | Billable |
| 11/14/2005<br>100175 | SF<br>revise<br>time details in preparation for final fee applications<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 50.00 | 1.00 | 50.00 | Billable |

4/6/2006  
4:44 PM

Maxwell & Potts, LLC  
Time Detail

Page 2

Alvarez, D.:Debbie Alvarez (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/14/2005<br>96415 | AJM-05<br>revise<br>time details<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 375.00 | 0.80 | 300.00 | Billable |
| 1/6/2006<br>100241 | LAK-2006<br>begin<br>preparation of attorney for Trustee final fee application<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 1.00 | 125.00 | Billable |
| 1/10/2006<br>100243 | LAK-2006<br>work on<br>revisions to fee application<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.40 | 50.00 | Billable |
| 1/13/2006<br>100821 | AJM-2006<br>revise<br>time details to comply with court's requirements (.4); revise draft attorney<br>fee application (.7)<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 400.00 | 1.10 | 440.00 | Billable |
| 1/19/2006<br>100180 | LAK-2006<br>revise<br>fee application<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.50 | 62.50 | Billable |
| 1/20/2006<br>100181 | LAK-2006<br>revise<br>fee application and time details<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.90 | 112.50 | Billable |
| 4/6/2006<br>101671 | LAK-2006<br>revise<br>time details and final fee application for final atty fees<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 1.00 | 125.00 | Billable |
| 5/20/2006<br>101675 | AJM-2006<br>appear in court<br>for hearing on administrative fee allowances (est)<br>Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | 400.00 | 0.80 | 320.00 | Billable |
| Total: EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | 10.40 | | $2,100.00 |

Nickname 1: GENERAL

| 10/11/2004<br>82935 | AJM-04<br>revise<br>request to debtor's attorney for documents and information, review my prior<br>memo re same | 350.00 | 0.40 | 140.00 | Billable |

| 4/6/2006 | Maxwell & Potts, LLC | |
|---|---|---|
| 4:44 PM | Time Detail | Page    20 |

Alvarez, D.:Debbie Alvarez (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: SALES OR RENTAL OF REAL ESTATE** | | | | | |
| 10/11/2004 82927 | LAK prepare Trustee claim to be recorded against streamwood real estate Reference:    SALES OR RENTAL OF REAL ESTATE | 100.00 | 0.30 | 30.00 | Billable |
| 10/19/2004 82938 | VC recorded notice of claim of Trustee against RE at Recorder of deeds Reference:    SALES OR RENTAL OF REAL ESTATE | 50.00 | 0.80 | 40.00 | Billable |
| 10/19/2004 82939 | SSP-05 review online RE transactions re ownership of Streamwood RE Reference:    SALES OR RENTAL OF REAL ESTATE | 340.00 | 0.20 | 68.00 | Billable |
| Total: SALES OR RENTAL OF REAL ESTATE | | | 1.30 | | $138.00 |
| TOTAL | Billable Fees No Charge | | 97.50 0.80 | $70.00 | $16,104.50 |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| **Nickname 1: none** | | | | | |
| 8/25/2004 79209 | AJM Office $fax(es) to K. Johnson | 0.25 | 1.000 | 0.25 | Billable |
| 10/6/2004 80319 | AJM Office $fax(es) to K. Johnson, Esq. | 0.25 | 1.000 | 0.25 | Billable |
| 10/12/2004 80138 | AJM Office $postage 39 Trustee application | 0.60 | 2.000 | 1.20 | Billable |
| 10/12/2004 80269 | AJM Office $Photocopies.10 Trustee application | 0.10 | 33.000 | 3.30 | Billable |
| 10/12/2004 80321 | AJM Office $fax(es) to Johnson | 0.25 | 1.000 | 0.25 | Billable |

| 4/6/2006 | Maxwell & Potts, LLC | | | | |
| 4:44 PM | Time Detail | | | Page | 22 |

Alvarez, D.:Debbie Alvarez (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/16/2005 85037 | AJM Office $fax(es) from M. Hall | 0.25 | 1.000 | 0.25 | Billable |
| 3/28/2005 86740 | AJM Office $fax(es) from B. Prell | 0.25 | 4.000 | 1.00 | Billable |
| 4/13/2005 87348 | AJM Office $fax(es) from B. McTigue | 0.25 | 2.000 | 0.50 | Billable |
| 5/6/2005 88474 | AJM Office $fax(es) to D. Kenney | 0.25 | 1.000 | 0.25 | Billable |
| 5/6/2005 88475 | AJM Office $fax(es) to Johnson | 0.25 | 2.000 | 0.50 | Billable |
| 5/6/2005 89765 | AJM Office $Photocopies.10 letter to debtor's counsel | 0.10 | 6.000 | 0.60 | Billable |
| 5/6/2005 89871 | AJM Office $postage 39 letter | 0.37 | 1.000 | 0.37 | Billable |
| 5/19/2005 90064 | AJM Office $fax(es) from Wesley | 0.25 | 2.000 | 0.50 | Billable |
| 7/1/2005 91359 | AJM Office $fax(es) to W. Covert | 0.25 | 1.000 | 0.25 | Billable |
| 7/25/2005 91592 | AJM Office $postage 39 Adversary Summons | 0.37 | 1.000 | 0.37 | Billable |
| 7/25/2005 91953 | AJM Office $Photocopies.10 Adversary Summons | 0.10 | 2.000 | 0.20 | Billable |
| 8/31/2005 92450 | AJM Office $fax(es) from Wes Covert/ValueNet | 0.25 | 5.000 | 1.25 | Billable |

| 4/6/2006 | Maxwell & Potts, LLC | | | | |
|---|---|---|---|---|---|
| 4:44 PM | Time Detail | | | | Page    23 |

### Alvarez, D.:Debbie Alvarez (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/31/2005<br>92475 | AJM Office<br>$Photocopies.10<br>Appraisal | 0.10 | 5.000 | 0.50 | Billable |
| 9/6/2005<br>92729 | AJM Office<br>$fax(es) to<br>Wes Covert | 0.25 | 2.000 | 0.50 | Billable |
| 9/6/2005<br>93511 | AJM Office<br>$Photocopies.10<br>Letter to Wesley Covert | 0.10 | 2.000 | 0.20 | Billable |
| 9/7/2005<br>93622 | AJM Office<br>$fax(es) from<br>Wes Covert | 0.25 | 2.000 | 0.50 | Billable |
| 9/12/2005<br>93611 | AJM Office<br>$postage 39<br>Motion to Approve Settlement | 0.60 | 8.000 | 4.80 | Billable |
| 9/12/2005<br>93512 | AJM Office<br>$Photocopies.10<br>Trustee's Motion to Approve Settlement | 0.10 | 63.000 | 6.30 | Billable |
| 9/14/2005<br>93613 | AJM Office<br>$postage 39<br>Amended Notice of Motion to Approve Settlement | 0.37 | 8.000 | 2.96 | Billable |
| 9/14/2005<br>93513 | AJM Office<br>$Photocopies.10<br>Amended Notice of Motion | 0.10 | 16.000 | 1.60 | Billable |
| 9/27/2005<br>94511 | AJM Office<br>$fax(es) to<br>Wes Covert | 0.25 | 3.000 | 0.75 | Billable |
| 9/27/2005<br>95218 | AJM Office<br>$Photocopies.10<br>Order/letter | 0.10 | 4.000 | 0.40 | Billable |
| 1/4/2006<br>98798 | AJM Office<br>$fax(es) to<br>Alan Sanchez | 0.25 | 3.000 | 0.75 | Billable |
| 1/4/2006<br>98525 | AJM Office<br>$Photocopies.10<br>Letter to Sanchez | 0.10 | 4.000 | 0.40 | Billable |

| 4/6/2006 | Maxwell & Potts, LLC | |
|---|---|---|
| 4:44 PM | Time Detail | Page 24 |

Alvarez, D.:Debbie Alvarez (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/9/2006 98827 | AJM Office $fax(es) from Sanchez | 0.25 | 3.000 | 0.75 | Billable |

2

| Total: none | | $133.43 |
|---|---|---|
| TOTAL Billable Costs | | $133.43 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $16,104.50 |
| Total of Costs (Expense Charges) | | $133.43 |
| Total new charges | | $16,237.93 |
| Total New Balance | | $16,237.93 |

## Attorney Summary

| Attorney | Rate | Hours | Charges | Slip Value | Adjustment |
|---|---|---|---|---|---|
| AJM | 400.00 | 1.90 | $760.00 | $760.00 | 0.00 |
| AJM | 350.00 | 6.90 | $2,415.00 | $2,415.00 | 0.00 |
| AJM05 | 375.00 | 9.30 | $3,487.50 | $3,487.50 | 0.00 |
| DEB | 275.00 | 0.40 | $110.00 | $110.00 | 0.00 |
| JHS | 150.00 | 43.10 | $6,465.00 | $6,465.00 | 0.00 |
| JHS | 100.00 | 6.50 | $650.00 | $650.00 | 0.00 |
| JHS | 0.00 | 0.30 | $0.00 | $0.00 | 0.00 |
| LAK | 125.00 | 3.80 | $475.00 | $475.00 | 0.00 |
| LAK | 100.00 | 2.90 | $290.00 | $290.00 | 0.00 |
| LAK05 | 110.00 | 0.50 | $55.00 | $55.00 | 0.00 |
| SF | 50.00 | 19.00 | $950.00 | $950.00 | 0.00 |
| SF | 0.00 | 0.50 | $0.00 | $0.00 | 0.00 |
| SSP | 300.00 | 0.80 | $240.00 | $240.00 | 0.00 |
| SSP05 | 340.00 | 0.30 | $102.00 | $102.00 | 0.00 |
| TLC | 50.00 | 0.80 | $40.00 | $40.00 | 0.00 |
| VC | 50.00 | 1.30 | $65.00 | $65.00 | 0.00 |